# Exhibit B

Geofencing API

Search

English

Sign in

# Provide contextual experiences when users enter or leave an area of interest

Sometimes users want to use a particular app when they are in a specific type of location, such as an airport, or a supermarket. However, users have to navigate to that app and then take a specific action within it while they are near the area of interest.

The geofencing API allows you to define perimeters, also referred to as *geofences*, which surround the areas of interest. Your app gets a notification when the device crosses a geofence, which allows you to provide a useful experience when users are in the vicinity.

For example, an airline app can define a geofence around an airport when a flight reservation is near boarding time. When the device crosses the geofence, the app can send a notification that takes users to an activity that allows them to get their boarding pass.

The Geofencing API intelligently uses the device sensors to accurately detect the location of the device in a battery-efficient way.



## Receive notifications when users trigger your geofences

### Easily create and start monitoring geofences

You can create a list of geofence objects by setting the latitude, longitude, radius, duration, and transition types of each geofence. The transition types indicate the events that trigger the geofence, such as when users enter or exit a geofence.

Once you have a list of geofences, you can add it to a geofencing request. When it's time to start monitoring the geofences, add the request to a geofencing client along with a `PendingIntent` object, which tells the API how to deliver the geofencing events to your app.

### Perform an action when users trigger a geofence

The Geofencing API delivers the events to an `IntentService` in your app, which removes the need to have a service running in the background for geofencing purposes. The service is only invoked when there's relevant information.

Your service receives the geofencing event from the `Intent`, including the list of geofences triggered. You can specify your own logic to decide what actions to take.

---

Connect
Blog
Facebook
Medium
Twitter
YouTube

Programs
Women Techmakers
Google Business Groups
Google Developer Groups
Google Developers Experts
Launchpad
Developer Student Clubs

Developer consoles
Google API Console
Google Cloud Platform Console
Google Play Console
Firebase Console
Actions on Google Console
Cast SDK Developer Console
Chrome Web Store Dashboard

Google Developers    Android    Chrome    Firebase    Google Cloud Platform    All products

Terms | Privacy

Sign up for the Google Developers newsletter    Subscribe    English