IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS MOBILITY, INC., <br><br>　　　　*Plaintiff*, <br><br>　v. <br><br>GOOGLE LLC, <br><br>　　　　*Defendant*. | Case No. 1:20-cv-751 <br><br> PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT <br><br> JURY TRIAL DEMANDED |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff Aegis Mobility, Inc. ("Aegis" or Plaintiff), states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2020

Respectfully submitted,

/s/ *James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, De 19806
(302) 449-9010
jlennon@devlinlawfirm.com

KIRK. J. ANDERSON (CA SBN 289043)
*(Pro Hac Vice forthcoming)*
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Aegis Mobility, Inc.*