**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AEGIS MOBILITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:20-cv-00751-UNA |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of Kirk J. Anderson of the law firm BUDO LAW P.C. to represent Plaintiff Aegis Mobility, Inc. in this matter.

Dated: June 5, 2020

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff Aegis Mobility, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Kirk J. Anderson of the law firm BUDO LAW P.C. is granted.

Dated: _____

_____
United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been, or will be, paid to the Clerk's Office.

Dated:  June 5, 2020               */s/ Kirk J. Anderson*
                                                              Kirk J. Anderson (CA SBN 289043)
                                                              BUDO LAW P.C.
                                                              5610 Ward Road, Suite 300
                                                              Arvada, CO 80002
                                                              Phone: (720) 225-9440
                                                              Fax:  (720) 225-9331
                                                              kanderson@budolaw.com